No. 765.  Hoofnel v. Commissioner of Internal Revenue.  C. C. A. 9th.  Certiorari denied.  *Robert A. Waring* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *Helen Goodner* for respondent.

No. 768.  Schnell et al., doing business as H. Schnell & Co., v. United States.  C. C. A. 2d.  Certiorari denied.  *Joseph Joffe* for petitioners.  *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade, Leavenworth Colby* and *Morton Hollander* for the United States.

No. 770.  Porter Royalty Pool, Inc. v. Commissioner of Internal Revenue.  C. C. A. 6th.  Certiorari denied.  *John C. Evans* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key* and *Hilbert P. Zarky* for respondent.

No. 771.  Glens Falls Indemnity Co. v. Basich Brothers Construction Co.  C. C. A. 9th.  Certiorari denied.  *John E. McCall* and *Albert Lee Stephens, Jr.* for petitioner.  *Karl B. Rodi* for respondent.

No. 790.  Littleton v. Rust et al.  C. C. A. 4th.  Certiorari denied.  *Robert H. McNeill* and *T. Bruce Fuller* for petitioner.

No. 810.  Tinkoff v. Illinois ex rel. Chicago Bar Association et al.  Supreme Court of Illinois.  Certiorari denied.  The motion for a stay also denied.  Mr. Justice Jackson took no part in the consideration or decision of these applications.  *Ode L. Rankin* for petitioner.